UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY J. O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cv-00095-NAB |
| | ) | |
| UNKNOWN HOSKINS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff has filed a complaint pursuant to 42 U.S.C. § 1983, but has neither paid the statutory filing fee or filed a motion to proceed in forma pauperis. As a result, the Court will order plaintiff to either pay the filing fee or to submit a motion for leave to proceed in forma pauperis. If plaintiff files a motion for leave to proceed in forma pauperis, he must also include a copy of his certified inmate account statement for the six-month period immediately preceding the filing of his complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to plaintiff a copy of the Court's Motion to Proceed In Forma Pauperis – Prisoner Cases form.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the filing fee or file a motion to proceed in forma pauperis along with a copy of his certified inmate account statement within **twenty-one (21) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to respond to this order, his case will be dismissed without prejudice and without further notice.

**SO ORDERED THIS** 14th **DAY OF** June 2019.

_/s/ Nannette A. Baker_
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE