UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JEFFREY J. O'NEAL, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:19-cv-00095-NAB |
| BLAKE HOSKINS, | ) |
| Defendant, | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on the motion of plaintiff Jeffrey J. O'Neal for default judgment (Docket No. 14), and on the motion of defendant Blake Hoskins for an extension of time in which to file a responsive pleading (Docket No. 15). The Court has reviewed both motions.

Plaintiff asserts that defendant has failed to respond to his complaint by December 2, 2019, meaning that defendant is in default. In response, counsel for defendant states that she inadvertently and mistakenly calendared the due date for a responsive pleading as January 19, 2020.

Good cause being shown, the Court will grant defendant's motion for an extension of time. *See* Fed. R. Civ. P. 6(b). Defendant will be given until January 10, 2020 to file a responsive pleading. Furthermore, plaintiff's motion for default judgment will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment (Docket No. 14) is **DENIED**.

**IT IS FURTHER ORDERED** that defendant's motion for an extension of time to file a responsive pleading (Docket No. 15) is **GRANTED**.

**IT IS FURTHER ORDERED** that defendant shall file a responsive pleading in this case by **January 10, 2020**.

Dated this 7th day of January, 2020.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE